NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK PLINIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, INC. d/b/a<br>WHOLE FOODS MARKET *et al.*,<br><br>　　　　　　Defendants. | Civ. No. 20-440<br><br>**ORDER** |

THOMPSON, U.S.D.J.

　　For the reasons set forth in this Court's Opinion on this same day,

　　IT IS, on this 8th day of April, 2020,

　　ORDERED that the Motion to Transfer (ECF No. 5) filed by Defendants Amazon.Com Services, Inc. d/b/a Whole Foods Market and Whole Foods Market Group, Inc. is GRANTED; and it is further

　　ORDERED that this action shall be transferred to the United States District Court for the District of Massachusetts; and it is further

　　ORDERED that the Clerk of the Court shall CLOSE this case.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Thompson*
　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.